Motion Granted; Appeal Dismissed and Memorandum
Opinion filed August 23, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00599-CV

____________

 

BAYWAY LINCOLN MERCURY, INC. AND WISCH LEASING GROUP,
LP, Appellants

 

V.

 

ALFREDO FERNANDEZ, Appellee

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 2008-53943A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2011.  On August 11, 2011, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Seymore, and
Jamison.